# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### ATTORNEY'S OATH

STATE OF UTAH )
) SS:
SALT LAKE COUNTY )

I, JESSE S. BRAR of SALT LAKE CITY, UTAH
<br>City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and accordingly to law; and I will support the Constitution of the United States. So help me God.

_____
Signature of Attorney

Subscribed and sworn to before me this 07 day of January, 2014.

_____
Notary Public

JEANMARIE ROBLES AUXIER
Notary Public
State of Utah
COMMISSION #668675
My Commission Expires July 14, 2017

Rev. 2/2000